FRANK L. CORRADO, ESQUIRE
JOSHUA A. DONOHUE, ESQUIRE
BARRY, CORRADO, GRASSI & GIBSON, P.C.
2700 Pacific Avenue
Wildwood, NJ 08260
Phone (609) 729-1333 Fax (609) 522-4927
fcorrado@capelegal.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD PALMIERI, | CIVIL ACTION |
| Plaintiff, | Case No.: 08-cv-2435 |
| vs. | CERTIFICATE OF SERVICE |
| COUNTY OF OCEAN and WILIAM POLHEMUS, | |
| Defendants. | |

I, FRANK L. CORRADO, ESQUIRE, hereby certify that on November 2, 2009, I caused the attached PLAINTIFF'S BRIEF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, STATEMENT OF MATERIAL FACTS, CERTIFICATION OF FRANK L. CORRADO, AND THIS CERTIFICATE OF SERVICE to be electronically filed with the Court, and therefore the aforementioned documents are available for viewing and downloading from the Electronic Filing System.

DATED: November 2, 2009              __s/ Frank L. Corrado_____
                                                FRANK L. CORRADO, ESQUIRE